IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv278-T |
| | ) (WO) |
| U. S. SECRET SERVICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION**

This litigation is now before the court on the Recommendation (Doc. #12) of the United States Magistrate Judge entered on 26 July 2005, that Nordell's claims against all of the defendants be DISMISSED as frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(b). After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of August, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE